**No. 69167.**—Western Pacific Import Co. *v.* United States, protest 64/12709 (San Diego).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of cocktail Hibachis similar in all material respects to the Mini Bachis the subject of Abstract 67238, the claim of the plaintiff was sustained.